

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00561-CV

Noe **GARCIA**, Iris Garcia, and Maxie L. Houser,
Appellants

v.

Gloria **GARCIA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-335
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we REVERSE that part of the trial court's judgment that awards sanctions and RENDER judgment that Gloria Garcia take nothing by her claims for sanctions. In all other respects, the trial court's judgment is AFFIRMED.

We ORDER that appellants recover their costs of this appeal from appellee Gloria Garcia.

SIGNED July 1, 2015.

_____
Luz Elena D. Chapa, Justice